**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-19-RLV-DCK**

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED ) <br> RESTAURANTS, LLC, and BASKIN- ) <br> ROBBINS FRANCHISED SHOPS, LLC, ) <br> and DD IP HOLDER, LLC, and BR IP ) <br> HOLDER, LLC, and DB REAL ESTATE ) <br> ASSETS I, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NAMAN ENTERPRISES, INC., and ) <br> RACHANA, INC., and MANOJ ) <br> RAWAL, and BINDU RAWAL, and ) <br> VINAYAK DAVE, ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) concerning Bryan Mintz, filed March 14, 2011. Mr. Mintz seeks to appear as counsel *pro hac vice* for Defendant Naman Enterprises, Inc., Rachana, Inc., Manoj Rawal, Bindu Rawal, and Vinayak Dave.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Mintz is admitted to appear before this court *pro hac vice* on behalf of Defendant Naman Enterprises, Inc., Rachana, Inc., Manoj Rawal, Bindu Rawal, and Vinayak Dave.

Signed: March 14, 2011

David C. Keesler
United States Magistrate Judge