# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:11-CV-19-MOC-DCK

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS, LLC, and BASKIN-ROBBINS FRANCHISED SHOPS, LLC, and DD IP HOLDER, LLC, and BR IP HOLDER, LLC, and DB REAL ESTATE ASSETS I, LLC, <br><br>        Plaintiffs, <br><br>v. <br><br>NAMAN ENTERPRISES, INC., and RACHANA, INC., and MANOJ RAWAL, and BINDU RAWAL, and VINAYAK DAVE, <br><br>        Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) concerning David S. Paris, filed April 28, 2011. Mr. Paris seeks to appear as counsel *pro hac vice* for Defendant Naman Enterprises, Inc., Rachana, Inc., Manoj Rawal, Bindu Rawal, and Vinayak Dave.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Paris is admitted to appear before this court *pro hac vice* on behalf of Defendant Naman Enterprises, Inc., Rachana, Inc., Manoj Rawal, Bindu Rawal, and Vinayak Dave.

Signed: April 28, 2011

_____
David C. Keesler
United States Magistrate Judge